FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 SEP 17 AM 11:31

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS, )
 )
    Plaintiff-Appellant, )
 )
vs. ) Case No. CV501-104
 )
RICHARD E. CURRIE, et al., )
 )
    Defendant-Appellee. )

### O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this _17th_ day of September, 2012.

_____
JUDGE WILLIAM T. MOORE, JR.,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA