FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 JUL 24 AM 9: 2?

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN LAMAR WILLIAMS )
)
    Plaintiff, )
)
v. ) CASE NO. CV501-104
)
RICHARD E. CURRIE, MELBA H. )
FIVEASH, et al., )
)
    Defendants. )
)

## O R D E R

Before the Court is Plaintiff's Motion for Reconsideration (Doc. 57) and Motion for Leave to Appeal In Forma Pauperis (Doc. 58). After careful consideration, the Court can discern no reason to disturb its prior order and Plaintiff's motion for reconsideration is **DENIED**. Additionally, as has been the case with the hundreds of frivolous filings Plaintiff has presented to this Court,[1] Plaintiff's motion for leave to appeal in forma pauperis is not made in good faith and, accordingly, is **DENIED**.

SO ORDERED this 23RD day of July 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In fact, since 2007, Plaintiff has filed no fewer than forty-four separate cases in this district. In the past two years, Plaintiff has filed at least seventeen more cases in federal courts in Texas.